UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the matter of an Application to : <br> Enforce an Administrative Subpoena of the : <br>   : <br> U.S. Commodity Futures Trading Commission : <br>   : <br> Applicant, : <br>   : <br> v.   : <br>   : <br> David Helm Taylor a/k/a : <br> David Andrew Taylor, : <br>   : <br> Respondent. : | Misc. Action No. 06-561 (GK) |

**ORDER REQUIRING COMPLIANCE WITH**
**THE ADMINISTRATIVE SUBPOENAS**

Upon the Application of the Commodity Futures Trading Commission (the "Commission") made pursuant to Section 6(c) of the Commodity Exchange Act (the "Act"), as amended,. 7 U.S.C. § 1 *et seq*. (2000), for an Order requiring respondent David Helm Taylor, a/k/a David Andrew Taylor ("Taylor") to produce documents and provide testimony in connection with a private investigation entitled "In the Matter of Certain Persons Engaging in Retail Foreign Currency Transactions" in accordance with *subpoena duces tecum/ad testificandum* dated September 28, 2006 duly issued and served by the Commission's Division of Enforcement ("Division") upon Taylor, and it appearing to the Court from the Application for an Order Requiring Compliance with the Administrative Subpoenas, all papers filed in support thereof, and the absence of any opposition that the Application should be **granted**, it is

**ORDERED**, that the Application of the Commission for an order Requiring Compliance with the Administrative Subpoenas is hereby **granted**; and it is further

**ORDERED**, that Respondent shall appear and produce documents and give testimony at the offices of the U.S. Commodity Futures Trading Commission, 1155 21st Street, N.W., Washington, D.C. 20581 on **May 23, 2008** at **10:00 a.m.** and continuing from day to day until completed, and it is further

**ORDERED**, that the Clerk shall serve copies of this Order on all parties by United States mail.

**SO ORDERED**.

April 23, 2008                                /s/                                             
                                              Gladys Kessler
                                              United States District Judge